**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pacific Northwest Locating LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1682914** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **11362 SE 352nd Ave**<br>**Boring, OR 97009**<br>Number, Street, City, State & ZIP Code | **PO Box 1542**<br>**Boring, OR 97009**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clackamas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 30, 2024**
                MM / DD / YYYY

**X /s/ Joshua Lynn Conley**               **Joshua Lynn Conley**
Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Theodore J. Piteo**             Date   **April 30, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Theodore J. Piteo**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone   **503-786-3800**      Email address   **enc@pdxlegal.com**

**090311 OR**
Bar number and State

Case 24-31212-thp7   Doc 1   Filed 04/30/24

# United States Bankruptcy Court
### District of Oregon

In re  **Pacific Northwest Locating LLC**

Case No. _____

Debtor(s)

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................... $ _____ **7,162.00**

    Prior to the filing of this statement I have received ........................... $ _____ **7,162.00**

    Balance Due ........................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 30, 2024** _____

*Date*

**/s/ Theodore J. Piteo**

**Theodore J. Piteo**
*Signature of Attorney*
**Michael D. O'Brien & Associates, P.C.**
**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
**503-786-3800  Fax: 503-272-7796**
**enc@pdxlegal.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2024**      X **/s/ Joshua Lynn Conley** _____
                                           Signature of individual signing on behalf of debtor

                                       **Joshua Lynn Conley** _____
                                       Printed name

                                       **President** _____
                                       Position or relationship to debtor

Debtor name    **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $ ____141,029.87

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $ ____141,029.87

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ ____335,726.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $ ____151,233.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ ____215,164.00

4.    **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b

$ ____702,123.00

Case 24-31212-thp7    Doc 1    Filed 04/30/24

Debtor name **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank Account** | **Business Checking** | **2905** | **$1,332.00** |
| 3.2. | **US Bank Account** | **Business Checking** | **1527** | **$3,090.87** |
| 3.3. | **Bank of America Bank Account** | **Business Checking** | **2845** | **$1.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $4,423.87

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Case 24-31212-thp7    Doc 1    Filed 04/30/24

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____ **3,401.00**   -   _____ **0.00**   = ....    _____ **$3,401.00**

       face amount                    doubtful or uncollectible accounts

---

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        | **$3,401.00** |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **1 Dell PC Computer, File Cabinets, Misc office supplies** | **$0.00** | | **$1,500.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.        | **$1,500.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

Case 24-31212-thp7    Doc 1    Filed 04/30/24

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2021 Ram 3500, Miles = 35,000** | **$0.00** | | **$22,840.00** |
| 47.2.   **2020 Ford Eco Sport, Miles = 145,000** | **$0.00** | | **$18,000.00** |
| 47.3.   **2020 Ford Ranger Miles = 160,000** | **$0.00** | | **$14,345.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|
| **2 Fault Finder Machines** | **$0.00** | | **$500.00** |
| **5 Metro Tech 810 Locating Machines** | **$0.00** | | **$5,000.00** |
| **Ricoh IM C400F & Ricoh IM C6000** | **$0.00** | | **$71,000.00** |

51.   **Total of Part 8.**

      Add lines 47 through 50.  Copy the total to line 87.

      | **$131,685.00** |
      |---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.

Case 24-31212-thp7    Doc 1    Filed 04/30/24

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> **www.pacificnorthwestlocatingllc.com** | **$0.00** | | **$20.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> **Customer list with names, addresses, emails, and phone numbers of customer only.** | **$0.00** | | **$0.00** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$20.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor   **Pacific Northwest Locating LLC**          Case number *(If known)* _____
      Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

      **Potential ERC Claim**                                               **Unknown**

78.    **Total of Part 11.**                                             **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,423.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,401.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $131,685.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $141,029.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $141,029.87 |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

Debtor name  **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | $26,634.00 | $18,000.00 |

Creditor's Name: **Ally Bank**

**Bankruptcy Notice Dept.**
**PO Box 130424**
**Roseville, MN 55113-0004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5034**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Ford Eco Sport, Miles = 145,000**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ally Financial, Inc** | | | |
|---|---|---|---|---|
| | Creditor's Name | | $56,672.00 | $45,680.00 |

Creditor's Name: **Ally Financial, Inc**

**c/o C T Corporation**
**System**
**780 Commercial St SE #100**
**Salem, OR 97301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4986**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Ram 3500, Miles = 35,000**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Case 24-31212-thp7    Doc 1    Filed 04/30/24

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Corporation Service Company** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Business Property**

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**n/a**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**n/a**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

Unknown | Unknown

---

| 2.4 | **Ford Motor Credit Co.** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2020 Ford Ranger Miles = 160,000**

$31,243.00 | $14,345.00

**National Bankruptcy**
**Service Center**
**PO Box 62180**
**Colorado Springs, CO**
**80962-6275**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**n/a**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3269**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Office Automation/De Lage Landen - POA** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Ricoh IM C400F & Ricoh IM C6000**

$71,177.00 | $71,000.00

**c/o ARS**
**901 E 8th Ave., Ste. 206**
**King of Prussia, PA 19406**

---

Case 24-31212-thp7   Doc 1   Filed 04/30/24

| Debtor | **Pacific Northwest Locating LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|

**Is the creditor an insider or related party?**

■ No

☐ Yes

| Creditor's email address, if known | **Is anyone else liable on this claim?** |
|---|---|

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7382**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **SBA Portland District** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Business Property** | | |

**Bankruptcy Notice**
**419 SW 11th Avenue, Suite 310**
**Portland, OR 97205-2605**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**n/a**

**Last 4 digits of account number**
**8204**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $335,726.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Advanced Recovery Systems**<br>**901 E 8th Ave., Ste. 206**<br>**King of Prussia, PA 19406** | Line _2.5_ | |
| **CESC COVID EIDL Service Center**<br>**14925 Kingsport Rd.**<br>**Fort Worth, TX 76155** | Line _2.6_ | |

Case 24-31212-thp7   Doc 1   Filed 04/30/24

Debtor     **Pacific Northwest Locating LLC**
_____
Name

**Santander Consumer USA Inc.**
**Bankruptcy Notice**
**P.O. Box 961245**
**Fort Worth, TX 76161-1245**

Case number (if known) _____

Line   **2.5**

**Fill in this information to identify the case:**

Debtor name   **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $9,364.00 | $7,972.00 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim **$9,364.00** | Priority amount **$7,972.00** |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
**City of Portland**
**c/ Office of Management & Finance**
**111 SW Columbia Street, Suite 600**
**Portland, OR 97201-5840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$9,364.00**     Priority amount **$7,972.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Portland taxes owed**

Last 4 digits of account number **Various**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address
**Internal Revenue Service**
**Bankruptcy Notices**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$132,293.00**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Back taxes owed 2018, 2019, 2022, 2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$477.00** | **$0.00** |
|---|---|---|---|---|

**Oregon Department Of Revenue**
**Bankruptcy Notice Dept.**
**955 Center Street, NE**
**Salem, OR 97301-2555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Back taxes owed 2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,099.00** | **$9,099.00** |
|---|---|---|---|---|

**Oregon Employment Department**
**Employer Taxes**
**875 Union Street NE, Room 107**
**Salem, OR 97311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**n/a**

Basis for the claim:
**Unpaid payroll taxes**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,207.00** |
|---|---|---|---|

**ADP, LLC**
**1851 N Resler Dr.,**
**MS 100**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **8137**

Basis for the claim:  **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,714.00** |
|---|---|---|---|

**Ally Bank**
**Bankruptcy Notice Dept.**
**PO Box 130424**
**Roseville, MN 55113-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number **4969**

Basis for the claim:  **Repo'd 2020 Ford EcoSport**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,663.00** |
|---|---|---|---|

**Anchor QEA, LLC**
**6720 S Macadam Ave #125**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim:  **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00** |
|---|---|---|---|

**AT&T**
**Bankruptcy Notices**
**One AT&T Services, Room 3A231**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Business Utility Services**

Last 4 digits of account number **2024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bank Of America, N.A.**
**Bankruptcy Notice-TX2-982-0303**
**7105 Corporate Drive**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **4268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,658.00** |
|---|---|---|---|

**Brown & Bakondi CPA Group PC**
**1165 Molalla Ave.**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Professional Services**

Last 4 digits of account number **0131**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,293.00** |
|---|---|---|---|

**City of Long Beach**
**Bankruptcy Notice**
**P.O. Box 310**
**Long Beach, WA 98631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2023**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **G925**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Combined IQ Inc.**
**DBA Fule Accountants US**
**10319 SE 15th St., Ste. 100**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **8174**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Corporate Turnaround**
**95 N. State Route 17,  Ste. 310**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,148.00** |
|---|---|---|---|

**Cosgrave Vergeer Kester LLP**
**900 SW 5th Ave, 24th Floor**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Professional Services**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-31212-thp7   Doc 1   Filed 04/30/24

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,390.00 |
|---|---|---|---|

**CSO Financial Inc.**
**PO BOX 1208**
**Roseburg, OR 97470**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **4880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Small Claims Judgment awarded in Clackamas County Case No. 23SC34880**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Go Cardless LTD**
**5 Penn Plaza, 14th Floor**
**New York, NY 10001**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **0451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,003.00 |
|---|---|---|---|

**Greenberg, Grant & Richards, Inc.**
**5858 Westheimer Road, Suite 500**
**Houston, TX 77057**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt for Intuit/Quickbooks**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,147.00 |
|---|---|---|---|

**Gusto, Inc.**
**525 20th St.**
**San Francisco, CA 94107**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **9803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,295.00 |
|---|---|---|---|

**Imperial PFS**
**7307 N. Division #212**
**Spokane, WA 99208**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **2871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |
|---|---|---|---|

**Jiffy Lube (Store 02591)**
**Malad Enterprises/Kellen Corp**
**1192 Wallace Rd. NW**
**Salem, OR 97304-3116**

Date(s) debt was incurred **2023**

Last 4 digits of account number **2638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,223.00 |
|---|---|---|---|

**Kabbage Business Loan/AMEX**
**PO Box 77081**
**Atlanta, GA 30357**

Date(s) debt was incurred **n/a**

Last 4 digits of account number **5770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,875.00** |
|---|---|---|---|

**Lytx, Inc.**
**9785 Towne Centre Drive**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **9819**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,000.00** |
|---|---|---|---|

**Pacific Bells LLC**
**c/o Albert F Schlofeldt**
**900 Washington St Ste 1020**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Past Lease Agreement**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,290.00** |
|---|---|---|---|

**Progressive Insurance**
**Customer Service -Bankruptcy Notices**
**PO Box 31260**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **1561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$595.00** |
|---|---|---|---|

**School District Publishing**
**4616 25th Ave. NE**
**Dept. 767**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2023**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **3030**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Simply Funding LLC**
**45 Broadway**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,859.00** |
|---|---|---|---|

**Topcon Solutions Inc.**
**Lockbox #741604**
**PO Box 741604**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **n/a**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **7572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,942.00** |
|---|---|---|---|

**Traffic Safety Supply**
**2324 SE Umatilla St.**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Misc. Business Debt**

Last 4 digits of account number **5673**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,207.00 |
|---|---|---|---|

**Travelers Insurance**
**770 Pennsylvania Dr., Ste. 110**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **n/a**

Last 4 digits of account number  **861A**

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WEX Inc.**
**1 Hancock Street**
**Portland, ME 04101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **n/a**

Last 4 digits of account number  **5263**

Basis for the claim:  **Misc. Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADP LLC**<br>**PO Box 12513**<br>**El Paso, TX 79912** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ADP LLC**<br>**PO Box 830272**<br>**Philadelphia, PA 19182-0272** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alaska National Insurance**<br>**c/o Nicole Porter**<br>**2501 E State Ave, Ste.100**<br>**Meridian, ID 83642** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ally Auto**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **American Express National Bank**<br>**Bankruptcy Notice Department**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **AT&T**<br>**c/o Bankruptcy**<br>**4331 Communications Dr.**<br>**Dallas, TX 75211** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Bank Of America**<br>**Card Services -Bankruptcy**<br>**PO Box 982284**<br>**El Paso, TX 79998** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Brown & Joseph, LLC**<br>**PO Box 249**<br>**Itasca, IL 60143** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Caerus Insurance**<br>**2545 SW Spring Garden St., Ste. 210**<br>**Portland, OR 97219-3963** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Davis Galm Law Firm**<br>**12220 SW First Street**<br>**Beaverton, OR 97005** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **DirectTV, LLC (AT&T)**<br>**Attn: Bankruptcy Notices**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6550** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Ellen F. Rosenblum, Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Greenberg, Grant & Richards, Inc.**<br>**5858 Westheimer Road, Suite 500**<br>**Houston, TX 77057** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Hahn and Associates Inc.**<br>**434 NW 6th Ave., Ste. 203**<br>**Portland, OR 97209** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Holt Services Inc.**<br>**12305 NE 56th St.**<br>**Vancouver, WA 98682** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **IPFS Corporation**<br>**1055 Broadway, 11th Floor**<br>**Kansas City, MO 64105** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Joel Penoyar**<br>**PO Box 425**<br>**South Bend, WA 98586** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Lewis Brisbois Bisgaard & Smith LLP**<br>**888 SW 5th Ave #900**<br>**Portland, OR 97204** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Lincoln & Morgan**<br>**600 W Broadway, Ste. 700**<br>**San Diego, CA 92101** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Lyon Collection Services, Inc.**<br>**7924 West Sahara Ave.**<br>**Las Vegas, NV 89117** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **My Fleet Center**<br>**PO Box 620130**<br>**Middleton, WI 53562** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.22 **Pacific Bells LLC**<br>**111 W 39TH ST**<br>**Vancouver, WA 98660** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **Professional Credit Service**<br>**Bankruptcy Notices**<br>**12204 SE Mill Plain Blvd, Ste. 101**<br>**Vancouver, WA 98684** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Professional Credit Service**<br>**Bankruptcy Notices**<br>**PO Box 7548**<br>**Springfield, OR 97475** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.25 **Progressive Insurance**<br>**Bankruptcy Notices**<br>**6300 Wilson Mills Rd.**<br>**Mayfield Village, OH 44143** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.26 **Radius Global Solutions**<br>**Bankruptcy Notice**<br>**PO Box 390905**<br>**Minneapolis, MN 55439** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.27 **Radius Global Solutions, LLC**<br>**Bankruptcy Notices**<br>**7831 Glenroy Rd., Ste. 250**<br>**Minneapolis, MN 55439** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.28 **Richard James & Associates Inc.**<br>**4317 NE Thurston Way. Ste. 270**<br>**Vancouver, WA 98662** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.29 **The Leviton Law Firm, Ltd**<br>**One Pierce Place, Ste. 725W**<br>**Itasca, IL 60143** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.30 **US Attorney -Oregon**<br>**Attn: Civil Process Clerk**<br>**1000 SW 3rd Ave., #600**<br>**Portland, OR 97204** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.31 **US Attorney General**<br>**Attn: Merrick Garland**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.32 **Verliance**<br>**43525 Ridge Park Dr., Ste. 300**<br>**Temecula, CA 92590** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 151,233.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 215,164.00 |

Case 24-31212-thp7   Doc 1   Filed 04/30/24

Debtor   **Pacific Northwest Locating LLC**
         _____
         Name

Case number (*if known*) _____

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.   $ _____ **366,397.00**

Case 24-31212-thp7    Doc 1    Filed 04/30/24

Fill in this information to identify the case:

Debtor name  **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

**Fill in this information to identify the case:**

Debtor name   **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Holt Services Inc.** | **12305 NE 56th St.**<br>**Vancouver, WA 98682** | **City of Long Beach** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.2 | **Joshua Conley** | **PO Box 1542**<br>**Boring, OR 97009** | **Ally Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Joshua Conley** | **PO Box 1542**<br>**Boring, OR 97009** | **Ally Financial, Inc** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Joshua Conley** | **PO Box 1542**<br>**Boring, OR 97009** | **Office Automation/De<br>Lage Landen - POA** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Joshua Conley** | **PO Box 1542**<br>**Boring, OR 97009** | **CSO Financial Inc.** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

| Debtor | Pacific Northwest Locating LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**    Column 2: **Creditor**

| 2.6 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | Kabbage Business<br>Loan/AMEX | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | SBA Portland District | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | AT&T | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.9 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | Ford Motor Credit Co. | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | City of Portland | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |
| 2.11 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F ___2.2___<br>☐ G _____ |
| 2.12 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | Oregon Department<br>Of Revenue | ☐ D _____<br>■ E/F ___2.3___<br>☐ G _____ |
| 2.13 | Joshua Conley | PO Box 1542<br>Boring, OR 97009 | Oregon Employment<br>Department | ☐ D _____<br>■ E/F ___2.4___<br>☐ G _____ |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Case 24-31212-thp7    Doc 1    Filed 04/30/24

Debtor name **Pacific Northwest Locating LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$45,424.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$955,954.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$722,877.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 24-31212-thp7     Doc 1     Filed 04/30/24

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Bank**<br>**Bankruptcy Notice Dept.**<br>**PO Box 130424**<br>**Roseville, MN 55113-0004** | **2020 Ford Eco Sport was repossessed** | **6/2023** | **$12,713.98** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CSO Financial Inc vs Joshua Lynn Conley, Pacific NW Locating LLC**<br>**23SC34880** | **Small Claims - General** | **Clackamas County Circuit Court**<br>**807 Main Street**<br>**Oregon City, OR 97045** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Case 24-31212-thp7    Doc 1    Filed 04/30/24

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. O'Brien, & Associates, P.C.**<br>**12909 SW 68th Parkway,**<br>**Suite 160**<br>**Portland, OR 97223** | | **3/2024** | **$7,162.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Third-Parties** | **Sold equipment from old business: signage, cones, lights** | **12/2022** | **$20,000.00** |
| | Relationship to debtor<br>**None** | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11699 SE 82nd Ave. Portland, OR 97267** | **2018 - 2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Emails, phone numbers, and addresses**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401(k) Plan** | EIN:  **n/a** |

    Has the plan been terminated?
    ☐ No
    ■ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Case 24-31212-thp7    Doc 1    Filed 04/30/24

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank Of America Bankruptcy Notices-NC4-105-03-14 PO Box 26012 Greensboro, NC 27420** | **XXXX-n/a** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2023 - Multiple accounts closed at same time** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Case 24-31212-thp7   Doc 1   Filed 04/30/24

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Pacific Northwest Flagging, LLC 11699A Se 82nd ave Happy Valley, OR 97086** | **Highway flagging and residential flagging for construction.** | EIN:    **82-2849041** From-To    **2017 - 2021** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Brown and Bakondi CPA Group PC 1165 Mollala Ave Oregon City, OR 97045** | **Last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Joshua Conley PO Box 1542 Boring, OR 97009** | **2022 and 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Brown & Bakondi CPA Group PC**<br>**1165 Molalla Ave.**<br>**Oregon City, OR 97045** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Simply Funding LLC**<br>**45 Broadway**<br>**New York, NY 10006** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joshua Conley** | **PO Box 1542**<br>**Boring, OR 97009** | **Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Joshua Conley**<br>**PO Box 1542**<br>**Boring, OR 97009** | **$192,531.00** | **April 2023 -**<br>**April 2024** | **Salary in 2024 =**<br>**$24,700**<br>**Salary in 2023 =**<br>**$167,831** |
| **Relationship to debtor**<br>**Owner** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jaime Conely** **PO Box 1542** **Boring, OR 97009** | **May 2023 $4,000.00** **July 2023 $1,300.00** | **May and July 2023** | **Did work for the company** |
| Relationship to debtor **Employee/Affiliate** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Case 24-31212-thp7   Doc 1   Filed 04/30/24

___

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2024**

**/s/ Joshua Lynn Conley**                                    **Joshua Lynn Conley**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case 24-31212-thp7    Doc 1    Filed 04/30/24

# United States Bankruptcy Court
## District of Oregon

In re    **Pacific Northwest Locating LLC**      Case No. _____

                       Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 30, 2024**                **/s/ Joshua Lynn Conley** _____

                                               **Joshua Lynn Conley**/**President**
                                               Signer/Title